# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Damion Toriano White | ) | Case No: CR498-00106-008 |
| | ) | USM No: 09884-021 |
| Date of Previous Judgment: January 13, 1999 | ) | Judson C. Hill |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.    [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 29 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 97 to 121 months | Amended Guideline Range: | 97 to 121 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant was released by the Bureau of Prisons on November 25, 2005, after serving his term of imprisonment. Since the defendant is not serving a term of imprisonment, he is ineligible for a sentence reduction. Further, the Court has concluded that an attorney does not need to be appointed in this matter.

Except as provided above, all provisions of the judgment dated January 13, 1999, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9-23-08

_____
Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____ (if different from order date)